**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLORES GONZALEZ-NAVARRO, ) | Case No.: 5:20-cv-02581-MAA |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, ) | AND COSTS PURSUANT TO 28 |
| Acting Commissioner of Social ) | U.S.C. § 1920 |
| Security, ) | |
| ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: June 2, 2022

/s/ *Maria A. Audero*
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/ *Steven G. Rosales*
  BY: _____
4      Steven G. Rosales
    Attorney for plaintiff Dolores Gonzalez-Navarro